```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A04-0293--CV (JWS)
"E. BROWN INC EX REL V CONTINENTAL CASUALTY ET"

Including terminated parties, excluding terminated counsel
```

```
 Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
Magistrate Judge:
   Referral Rule:
           Filed: 12/23/04
          Closed: NO

    Jurisdiction: (1) U.S. Plaintiff
   PLF Diversity:
   DEF Diversity:

  Nature of Suit: (130) Miller Act

          Origin: (1) Original Proceeding
          Demand: 100
      Filing fee: Paid $150.00 on 12/23/04 receipt # 00124754
        Trial by:
```

Parties of Record:                          Counsel of Record:

PLF 1.1          E. BROWN INC EX REL              Raymond H. Royce III
                                                 Royce & Brain
                                                 1407 W. 31st Avenue, 7th Floor
                                                 Anchorage, AK 99503-3678
                                                 907-258-6792
                                                 FAX 907-276-2919

                                                 Jason L. Bergevin
                                                 Law Offices of Royce & Brain
                                                 1407 W. 31st Avenue, 7th Floor
                                                 Anchorage, AK 99503-3678
                                                 907-258-5672
                                                 FAX 907-279-2919

DEF 1.1          CONTINENTAL CASUALTY CO          Joseph A. Pollock
                                                 Davison & Davison Inc
                                                 3351 Arctic Boulevard
                                                 Anchorage, AK 99503
                                                 907-563-6555
                                                 FAX 907-562-7873

DEF 2.1          NATIONAL FIRE INSURANCE CO OF    Joseph A. Pollock
                 HARTFORD                          (see above)

DEF 3.1          SEABOARD SURETY CO               Joseph A. Pollock
                                                  (see above)

DEF 4.1          ST. PAUL FIRE & MARINE INSURANCE Joseph A. Pollock
                 CO                                (see above)

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A04-0293--CV (JWS)
"E. BROWN INC EX REL V CONTINENTAL CASUALTY ET"

For all filing dates

```
Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
Magistrate Judge:
   Referral Rule:
           Filed:  12/23/04
          Closed:  NO

   Jurisdiction:  (1) U.S. Plaintiff
   PLF Diversity:
   DEF Diversity:

  Nature of Suit:  (130) Miller Act

          Origin:  (1) Original Proceeding
          Demand:  100
      Filing fee:  Paid $150.00 on 12/23/04 receipt # 00124754
        Trial by:
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 12/23/04 | Complaint filed w/att exhs.. |
| NOTE - 1 | 01/26/05 | Issued: summons re: DEF 1,2,3,4. |
| 2 - 1 | 02/11/05 | PLF 1 Return of Service Executed re: DEF 1 on 1/31/05. |
| 3 - 1 | 02/11/05 | PLF 1 Return of Service Executed re: DEF 2 on 1/31/05. |
| 4 - 1 | 02/11/05 | PLF 1 Return of Service Executed re: DEF 3 on 1/31/05. |
| 5 - 1 | 02/11/05 | PLF 1 Return of Service Executed re: DEF 4 on 1/31/05. |
| 6 - 1 | 02/23/05 | DEF 1-4 Attorney Appearance of J. Pollock. |
| 7 - 1 | 02/25/05 | JWS Minute Order that plf require ans or apply for dft re: all defs w/i 20 days. cc: cnsl |
| 8 - 1 | 03/02/05 | DEF 1-4 Notice to crt re: answer. |
| 9 - 1 | 03/09/05 | Stipulation to stay civil action pending arbitration. |
| 9 - 2 | 03/11/05 | HRH Order approving stip to stay civil action pending arbitration (9-1). cc: cnsl |
| 10 - 1 | 07/05/05 | JWS Minute Order that cnsl for plf file stat rpt re: arbitration proceedings by 7/21/05. cc: cnsl |
| 11 - 1 | 07/19/05 | PLF 1 Status Report. |