**FILED**

## MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

DEC 0 6 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

### *E. Brown, Inc. v. Continental Casualty Co.,* et al.

THE HONORABLE JOHN W. SEDWICK          CASE NO. A04-293 CV

PROCEEDINGS:          **ORDER FROM CHAMBERS**          December 5, 2005

At docket 11, plaintiff's counsel filed a report on the status of arbitration proceedings between the parties in this case.  The report indicated that arbitration would conclude on September 2, 2005, that the parties expected a decision from the arbitrator by early November of 2005, and that plaintiff's counsel would file another status report once he received the arbitrator's decision.  It is now past the date the arbitrator's decision was expected, yet plaintiff's counsel has not filed another status report.  Accordingly, plaintiff's counsel is directed to file a report updating the status of arbitration proceedings on or before **Monday, December 12, 2005**.

A04-0293--CV (JWS)                    12-6-05
----------------------------------------------
R. ROYCE III (ROYCE)
J. POLLOCK

12