Joseph A. Pollock, ABA #9611070
DAVISON & DAVISON, INC.
3351 Arctic Boulevard
Anchorage, AK  99503
Phone:  907-563-6555
Fax:  907-562-7873
Attorneys for Defendants National Fire Ins. Co. of Hartford; Seaboard Surety Co.; St. Paul Fire and Marine Ins. Co.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of E. BROWN INCORPORATED dba INTERNATIONAL STEEL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CONTINENTAL CASUALTY COMPANY, NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, SEABOARD SURETY COMPANY and ST. PAUL FIRE AND MARINE INSURANCE COMPANY<br><br>　　　　Defendants. | **STIPULATION TO DISMISS**<br><br><br><br>NO.  A04-293 CV (JWS) |

COME NOW all parties to this action having entered their appearance, by and through counsel of record, and pursuant to Federal R. Civ. P. 41(a)(1)(ii) stipulate and agree that plaintiff hereby dismisses all claims asserted or assertable against defendants Continental Casualty Co.; National Fire Insurance Co. of Hartford; Seaboard Surety Co.; and St. Paul Fire & Marine Insurance Co., with prejudice, with each party to bear their own attorneys fees and costs.

LAW OFFICE OF
DAVISON & DAVISON, INC.
3351 ARCTIC BOULEVARD
ANCHORAGE, ALASKA 99503
(907) 563-6555
FAX (907) 562-7873

STIPULATION TO DISMISS　　　　　1
International Steel v. Continental Casualty, et al.
NO. A04-293 CV (JWS)

DATED at Anchorage, Alaska this 6th day of June 2006.

        DAVISON & DAVISON, INC.
Attorneys for Defendants Continental Casualty Co.; National Fire Ins.; Seaboard Surety Co.; St. Paul Fire & Marine Ins.

By:   /s/ Joseph A. Pollock
    Joseph A. Pollock, ABA 9611070
    DAVISON & DAVISON, INC.
    3351 Arctic Boulevard
    Anchorage, AK 99503
    Phone: 907-563-6555
    Fax: 907-562-7873
    E-mail: japollock@gci.net

DATED at Anchorage, Alaska this 6th day of June 2006.

LAW OFFICES OF ROYCE & BRAIN
Attorneys for Plaintiff E. Brown, Inc. dba International Steel

By:   /s/ Jason L. Bergevin (consent)
    Jason L. Bergevin, ABA #9911057
    ROYCE & BRAIN
    1407 W. 31st Ave., 7th Floor
    Anchorage, AK 99503
    Phone: 907-258-6792
    Fax: 907-276-2919

LAW OFFICE OF
**DAVISON & DAVISON, INC.**
3351 ARCTIC BOULEVARD
ANCHORAGE, ALASKA 99503
(907) 563-6555
FAX (907) 562-7873

STIPULATION TO DISMISS    2
International Steel v. Continental Casualty, et al.
NO. A04-293 CV (JWS)

THIS IS TO CERTIFY that on the 6th day
of June 2006 the original above-referenced
document was filed by electronic delivery to:

U.S. District Court
222 W. 7TH Ave., Room 229
Anchorage, AK  99501

and I hereby certify that on the 6th day of June 2006,
a copy of the foregoing document was served electronically on:

Mr. Raymond Royce
Mr. Jason L. Bergevin
LAW OFFICES OF ROYCE & BRAIN
1407 W. 31st Ave., 7th Floor
Anchorage, AK  99503-3678


 /s/ Julie Eibeck, Legal Secretary
Certification Signature

LAW OFFICE OF
**DAVISON & DAVISON, INC.**
3351 ARCTIC BOULEVARD
ANCHORAGE, ALASKA 99503
(907) 563-6555
FAX (907) 562-7873

STIPULATION TO DISMISS                3
International Steel v. Continental Casualty, et al.
NO. A04-293 CV (JWS)