Joseph A. Pollock, ABA #9611070
DAVISON & DAVISON, INC.
3351 Arctic Boulevard
Anchorage, AK 99503
Phone: 907-563-6555
Fax: 907-562-7873
Attorneys for Defendants National Fire Ins. Co. of Hartford; Seaboard Surety Co.;
St. Paul Fire and Marine Ins. Co.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of E. BROWN INCORPORATED dba INTERNATIONAL STEEL,<br><br>      Plaintiff,<br><br>v.<br><br>CONTINENTAL CASUALTY COMPANY, NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, SEABOARD SURETY COMPANY and ST. PAUL FIRE AND MARINE INSURANCE COMPANY<br><br>      Defendants. | **PROPOSED ORDER**<br><br><br><br>NO. A04-293 CV (JWS) |

The Court, having received the parties' stipulated dismissal with prejudice, does hereby approve and order the dismissal of the action with prejudice.

DATED at Anchorage, Alaska this _____ day of _____ 2006.

_____
CHIEF JUDGE JOHN W. SEDWICK
U.S. DISTRICT COURT JUDGE

LAW OFFICE OF
**DAVISON & DAVISON, INC.**
3351 ARCTIC BOULEVARD
ANCHORAGE, ALASKA 99503
(907) 563-6555
FAX (907) 562-7873

ORDER          1
International Steel v. Continental Casualty, et al.
NO. A04-293 CV (JWS)

THIS IS TO CERTIFY that on the 6th day
of June 2006 the original above-referenced
document was filed by electronic delivery to:

U.S. District Court
222 W. 7TH Ave., Room 229
Anchorage, AK  99501

and I hereby certify that on the 6th day of June 2006,
a copy of the foregoing document was served electronically on:

Mr. Raymond Royce
Mr. Jason L. Bergevin
LAW OFFICES OF ROYCE & BRAIN
1407 W. 31st Ave., 7th Floor
Anchorage, AK  99503-3678


 /s/ Julie Eibeck, Legal Secretary
Certification Signature

LAW OFFICE OF
**DAVISON & DAVISON, INC.**
3351 ARCTIC BOULEVARD
ANCHORAGE, ALASKA 99503
(907) 563-6555
FAX (907) 562-7873

ORDER                                                                 2
International Steel v. Continental Casualty, et al.
NO. A04-293 CV (JWS)