Joseph A. Pollock, ABA #9611070
DAVISON & DAVISON, INC.
3351 Arctic Boulevard
Anchorage, AK  99503
Phone:  907-563-6555
Fax:  907-562-7873
Attorneys for Defendants National Fire Ins. Co. of Hartford; Seaboard Surety Co.;
St. Paul Fire and Marine Ins. Co.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use ) <br> and benefit of E. BROWN INCORPORATED ) <br> dba INTERNATIONAL STEEL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CONTINENTAL CASUALTY COMPANY, ) <br> NATIONAL FIRE INSURANCE COMPANY ) <br> OF HARTFORD, SEABOARD SURETY ) <br> COMPANY and ST. PAUL FIRE AND ) <br> MARINE INSURANCE COMPANY ) <br> ) <br> Defendants. ) | **ORDER** <br><br><br><br><br><br><br><br><br><br> NO.  A04-293 CV (JWS) |

The Court, having received the parties' stipulated dismissal with prejudice, does hereby approve and order the dismissal of the action with prejudice.

DATED at Anchorage, Alaska this 8th day of June 2006.

/s/
CHIEF JUDGE JOHN W. SEDWICK
U.S. DISTRICT COURT JUDGE

LAW OFFICE OF
**DAVISON & DAVISON, INC.**
3351 ARCTIC BOULEVARD
ANCHORAGE, ALASKA 99503
(907) 563-6555
FAX (907) 562-7873

ORDER                                                            1
International Steel v. Continental Casualty, et al.
NO. A04-293 CV (JWS)